UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN COUNCIL OF LIFE INSURERS, NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS-FORT WORTH, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, AND JULIE SU, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY, UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00482-O |

## ORDER

Before the Court is the parties' Notice of Joint Proposed Briefing Schedule (ECF No. 27), filed on May 31, 2024. After due consideration, the Court finds the parties' proposed briefing schedule to be appropriate. Therefore, the Court **ENTERS** the following schedule to resolve Plaintiffs' Motion for Preliminary Injunction and Stay of Effective Date (the "Motion") (ECF No. 11):

- Defendants shall file their response to the Motion by **June 28, 2024**.
- Plaintiffs shall file their reply in support of the Motion by **July 12, 2024**.

The parties also seek enlargements of the page limits for both of these filings. Noting the agreement of the parties, the Court **GRANTS** this request. Accordingly, each party may file a brief with a 10-page enlargement.

**SO ORDERED** on this **31st day** of **May, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE