UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN COUNCIL OF LIFE INSURERS, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:24-cv-00482-O |
| UNITED STATES DEPARTMENT OF LABOR AND JULIE SU, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY, UNITED STATES DEPARTMENT OF LABOR, | § § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Unopposed Motion to Intervene as Plaintiffs (the "Motion") (ECF No. 40), filed on June 28, 2024 by Financial Services Institute ("FSI") and Securities Industry and Financial Markets Association ("SIFMA" and, together with FSI, "Intervenors"). Intervenors assure the Court that intervention will cause no delays in this case. ECF No. 41 at 10. Having considered the requirements of Federal Rule 24 and noting that no party is opposed to intervention, the Court **GRANTS** the Motion. Accordingly, the Court **DIRECTS** the Clerk of Court to (1) add FSI and SIFMA as plaintiffs to the case and (2) file Intervenors' Complaint (ECF No. 41-1) as a separate docket entry.

**SO ORDERED** on this **1st** day of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE